```
 1  THOMAS P. O'BRIEN                                          JS-6
    United States Attorney
 2  LEON W. WEIDMAN                                         ENTERED
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  California State Bar No. 107014
    Assistant United States Attorney
 5      411 West Fourth Street, Suite 8000
        Santa Ana, CA 92701
 6      Telephone: (714) 338-3532
        Facsimile: (714) 338-3523
 7      E-mail   : marcus.kerner@usdoj.gov
    Attorneys for Defendant,
 8  Michael J. Astrue, Commissioner of
    Social Security
 9
```

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MENA, | No. EDCV 07-1664-RNB |
| Plaintiff, | JUDGMENT FOR REMAND |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATE: September 10, 2008

/s/ Robert N. Block
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY